**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| JAMES JANNUZZIO, et. al.<br><br>Plaintiffs<br><br>v.<br><br>PETER C. DANBY, et. al.<br><br>Defendants | Civil Action No. 2:22-CV-1189<br><br>JURY TRIAL DEMANDED |

**DEFENDANTS' MOTION TO DISMISS
PLAINTIFFS' AMENDED COMPLAINT PURSUANT TO FED. R. CIV. P. 12(b)(6) & 23.1**

Defendants, Peter C. Danby, Lixing Huang, SRILX Products, LLC, Iron Gate Hardware, LLC, SR Leasing, LLC, Tandem Hosted Resources, LLC, Tandem Hosted Resources, Inc., SRILX Partners, LLC, and GV Partners, LLC ("Defendants"), hereby move this Honorable Court to dismiss Plaintiffs' Amended Complaint pursuant to Fed. R. Civ. P. 12(b)(6) for failure to state a claim and Fed. R. Civ. P. 23.1 for want of standing to pursue the derivative claims in the Amended Complaint. The reasons why this Court should grant Defendants' Motion are set forth in the accompanying Memorandum of Law, which is incorporated herein as if set forth at length.

Date: May 19, 2022

MacELREE HARVEY, LTD.

_____
Robert A. Burke, I.D. No. 61268
J. Charles Gerbron, Jr., I.D. No. 2083265
Lindsay A. Dunn, I.D. No. 203051
MacElree Harvey, Ltd.
17 W. Miner Street, P.O. Box 660
West Chester, PA 19381-0660
Phone: 610-436-0100
Fax: 610-430-8245