# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JAME JANNUZZIO and** | : | **CIVIL ACTION** |
| **TREVOR NIX, individually and** | : | |
| **Derivatively on behalf of** | : | |
| **GREENVILLE VENTURES, LLC,** | : | |
|  *Plaintiff,* | : | |
| | : | |
| v. | : | No. 22-cv-01189 |
| | : | |
| **PETER C. DANBY, et al.,** | : | |
|  *Defendants,* | : | |
| and | : | |
| **GREENVILLE VENTURES, LLC,** | : | |
|  *Nominal Defendants.* | : | |

## ORDER

**AND NOW**, this **7th** day of **July**, **2022**, upon consideration of Defendants Danby, Huang, GV Partners, IronLinx, SR Leasing, SRILX Partners, SRILX Products, Tandem Hosted Resources, LLC, and Tandem Hosted Resources, Inc.'s Motion to Dismiss Plaintiff's Amended Complaint (ECF No. 25) and Nominal Defendant Greenville's Motion to Dismiss (ECF No. 26), and for the reasons provided in the accompanying Memorandum, it is **hereby ORDERED** that both the Motions to Dismiss (ECF Nos. 25, 26) are **GRANTED** and the Amended Complaint (ECF No. 24) will be dismissed, without prejudice, in its entirety.

                                                                          **BY THE COURT:**

                                                                          /s/ *Chad F. Kenney*
                                                                          _____
                                                                          **CHAD F. KENNEY, JUDGE**